# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SILVA, | No. 2:20-CV-1130-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| US ARMY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On June 9, 2020, defendants United States Department of the Army and Central Intelligence Agency filed a motion to dismiss, which was set for hearing before the undersigned on July 8, 2020. See ECF No. 5. On June 11, 2020, defendant Pfizer, Inc., filed a separate motion to dismiss, initially scheduled for hearing before the District Judge and later re-noticed for hearing before the undersigned on August 5, 2020. See ECF Nos. 6 and 8. On the Court's own motion, the hearing set for July 8, 2020, is vacated and continued to August 5, 2020, such that both pending motions to dismiss may

///
///
///
///
///

be argued at the same time.  Briefing on both motions shall be governed by Eastern District of California Local Rule 230.

     IT IS SO ORDERED.

Dated:  June 26, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE