IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SILVA,<br><br>           Plaintiff,<br><br>   v.<br><br>US ARMY, et al.,<br><br>           Defendants. | No. 2:20-CV-1130-KJM-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. No oppositions to the pending motions to dismiss have been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 5, 2020, before the undersigned in Redding, California, is hereby taken off calendar and defendants' motions to dismiss, ECF Nos. 5 and 6, are both submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

Dated: July 31, 2020

                                            _____<br>
                                            DENNIS M. COTA<br>
                                            UNITED STATES MAGISTRATE JUDGE