**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYTON SILVA, | No.  2:20-CV-1130-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| US ARMY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  On September 3, 2020, mail directed to plaintiff was returned undeliverable.  On the Court's own motion, the scheduling conference set for October 7, 2020, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending plaintiff's notification of his new address.

IT IS SO ORDERED.

Dated:  September 9, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1